**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| DAVID J. BARNES, EXECUTOR ESTATE OF GRACE V. BARNES, | : No. 554 EAL 2019 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| PHILADELPHIA HISTORICAL COMMISSION, | : |
| | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.